**Order filed December 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00711-CV
_____

**AUDREY MARIE ALLEN A/K/A AUDREY RICHARDSON, Appellant**

**V.**

**BRIDGECREST ACCEPTANCE CORPORATION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1129883**

---

## O R D E R

Appellant's brief was due December 4, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 4, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.